# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2024 ND 174

In the Interest of W.C.M.

Clark Herniman, DO,                                  Petitioner and Appellee

v.

W.C.M.,                                      Respondent and Appellant

### No. 20240213

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Nicholas D. Thornton, Judge.

AFFIRMED.

Per Curiam.

Mary E. DePuydt, Assistant State's Attorney, Jamestown, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Per Curiam.**

[¶1] W.C.M. appeals from the district court's order requiring continued hospitalization, arguing the evidence was not sufficient for the court to find he is mentally ill and in need of treatment. Applying our more probing clearly erroneous standard of review, *Interest of C.W.*, 552 N.W.2d 382, 383 (N.D. 1996), the court's findings are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr